410s1 (Supplement 2) (12/15)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN District of Texas, HOUSTON Division

In re  EREINA SHONE PETERSON,
        Debtor

Case No. 17-35592

Chapter 13

## Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

Name of creditor: BOKF, N.A., A NATIONAL BANKING ASSOCIATION D/B/A BANK OF TEXAS, AS SUCCESSOR IN INTEREST BY MERGER TO BANK OF OKLAHOMA, N.A.

Date of Payment Change: 12/01/2017
Must be at least 21 days after date of this notice

Court claim no. (if known): __1__

New Total Payment: $1,197.56
Principal, Interest, and Escrow, if any

Last four digits of any number you use to identify the debtor's account:   0419

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No  ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $550.37    New escrow payment: $551.98

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

■ No  ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____ %   New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

■ No ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box. ■ I am the creditor. ☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

_/s/ Marcia Williams_    Date 10/25/2017
Signature

Print:     MARCIA WILLIAMS     Title: VICE PRESIDENT
Company:   BOKF, N.A.
Address:   7060 S YALE AVE, STE 200, TULSA, OK 74136
Contact phone: 918-879-0652     Email: DCUMMINGS@BOKF.COM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, together with all attachments hereto, was deposited in a U.S. mail receptacle or electronically mailed to the attention of the following persons on _October 27_, 2017.

Debtor(s)' Attorney:
KENNETH A KEELING
3310 KATY FREEWAY SUITE 200
HOUSTON, TEXAS 77007

Trustee:
DAVID G PEAKE
9660 HILLCROFT SUITE 430
HOUSTON, TEXAS 77096

Debtor(s):
EREINA SHONE PETERSON
14504 BRIAR FOREST #1623
HOUSTON, TEXAS 77077

/s/ Erika Bennett Stickney
Erika Bennett Stickney

BOK-1711