IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | Ereina Shone Peterson<br>14504 Briar Forest #1623<br>Houston, TX  77077 | CHAPTER 13<br><br>CASE NO. 17-35592-H4 |
| | DEBTOR | |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

_____   The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

   X     Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

   X     Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

_____   The Debtors have not filed their Federal Income Tax return for the following years: . Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

   X     The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

_____   Other:

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 18, 2017 AT 9:00 AM IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 600, 6TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1.  FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated: November 21, 2017

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Trustee's Motion to Dismiss Case has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail November 21, 2017.

Electronically signed by
David G. Peake, Chapter 13 Trustee

Debtor's Attorney of Record:
KEELING LAW FIRM
KENNETH A. KEELING ATTORNEY
3310 KATY FREEWAY  STE 200
HOUSTON, TX  77007

BOKF NA
7060 S YALE AVE STE 200
TULSA, OK  74136

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA  23541

Debtor:
Ereina Shone Peterson
14504 Briar Forest #1623
Houston, TX  77077

MICHAEL J. SCHROEDER
3610 NORTH JOSEY LN, STE 206
CARROLLTON, TX  75007

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Ereina Shone Peterson<br>14504 Briar Forest #1623<br>Houston, TX  77077 | CASE NO. 17-35592-H4 |
| DEBTOR | |

**ORDER OF DISMISSAL**

    The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto.  The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

    ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge